# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-　　　　　　　　　　　　　　　　　　　　　　Case No. 8:22-mj-1178-EAJ
　　　　　　　　　　　　　　　　　　　　　　　　D.C. Case No. 1:22-mj-36
JON NICOLAS HENEGHAN
CAROL O'NEAL KICINSKI

## CLERK'S MINUTES
Proceeding: Initial Appearance – Rule 5c3
*Zoom videoconference*

| | |
|---|---|
| Judge: Elizabeth A. Jenkins, U.S. Magistrate Judge | Date: February 23, 2022 |
| Deputy Clerk: Ashley Sanders | Time: 2:34 p.m. -3:00 p.m. |
| USPO: Charlene Cohn | and 3:17 p.m. - 3:22 p.m. |
| Court Reporter: Digital | Total Time: 31 min |
| Interpreter: none | |

Counsel for USA: Daniel Marcet, AUSA
Counsel for Defendant: Del Vitier, AFPD

---

Court calls case and counsel enters appearances.

Court advises of certain constitutional rights. Defendants understands.

Defendant have detailed attorney David Little who is unavailable for today's hearing. Court appoints Federal Public Defender's Office for the Initial Appearance only.

Court advises of charges in Complaint.

Both defendants waive their preliminary hearing.


BOND:　　　Government:　Not seeking detention for either defendant. Seeking signature bond, not visit D.C. for anything other than court related visits, travel restricted, no firearms, surrender passport.

　　　　　　　Defendants:　No objection to recommended conditions. Defendant Kicinski requests permission to travel to California from March 8 – March 13 for employment purposes.

Court releases defendants on the standard conditions of release and the following special conditions: $10,000 signature bond, prohibited from entering D.C. for anything except court related matters, report to pretrial services as directed, travel restricted to MD/FL and D.C. for court, surrender firearms, surrender passport, Defendant Kicinski may travel to California on March 8-March 13.

Defendants are to appear in the District of Columbia on March 3, 2022 at 1:00 p.m. via zoom. Zoom information has been provided to Attorney Little.

Oral due process order pronounced.

Defendant advised of Rule 5 rights.

Defendants removed to the District of Columbia.

Recess.